■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NEW YORK et al., Respondents, v GLOBE AFFILIATES, INC., et al., Appellants. — Judgment, Supreme Court, New York County (Ethel Danzig, J.), entered on October 28, 1983, unanimously affirmed, without costs and without disbursements. The appeal from the judgment of said court entered on August 11, 1983 is dismissed as having been superseded by the appeal from the judgment entered on October 28, 1983, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Asch, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE OSTIAGO, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on December 8, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Fein and Milonas, JJ.

■ SCHICK v PARK ROYAL ASSOCIATES. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, denied, and insofar as it seeks reargument, motion granted solely to the extent of recalling the order of this court entered on December 27, 1984 (106 AD2d 927) and resettling said order to modify the order and judgment (one paper) so appealed from, on the law, to the extent of declaring the individual dwelling units of plaintiffs herein all rented for amounts in excess of $350 per month or $88 per week on the statutory date of May 31, 1968, and are, therefore, pursuant to Rent Stabilization Law (Administrative Code of City of New York) § YY51-3.1, exempt from coverage by such law, and otherwise affirmed, without costs and without disbursements. Resettled order signed and filed. Concur — Asch, J. P., Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGINALD SWINTON v CUNNINGHAM. — Motion for issuance of a writ of habeas corpus granted, as indicated in the order of this court. Concur — Sandler, J. P., Asch, Fein and Milonas, JJ.